THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: October 19, 2012

_____
Honorable Pamela Pepper
Chief United States Bankruptcy Judge

United States Bankruptcy Court
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4581

In re:   CECILIA STINGLEY                               CHAPTER 13

Soc. Sec. No.   xxx-xx-2289                             Case No. 11-26454-PP

***AMENDED***

**<u>*AMENDED ORDER FOR PAYROLL DEDUCTIONS*</u>**

To, STRATTEC SECURITY CORPORATION, the employer of the above debtor(s):

The above named debtor proposed a plan to pay debts out of future earnings.   By this plan the debtor's earnings are subject to the supervision and control of the Bankruptcy Court.   Now, Therefore,

IT IS ORDERED THAT:

1.   You, STRATTEC SECURITY CORPORATION, shall deduct from the earnings of said debtor [including vacation pay], the sum of   **$385.00** **Semi-Monthly**, beginning on the next payday following receipt of this Order and continuing until further notice.   You shall immediately pay to the Chapter 13 Trustee the sums so deducted. **INCLUDE THE <u>DEBTOR'S NAME</u> AND <u>CHAPTER 13 CASE NUMBER</u> WITH EACH REMITTANCE.   PLEASE MAKE PAYABLE AND MAIL TO:**

**CHAPTER 13 TRUSTEE
P.O. BOX 730
MEMPHIS, TN 38101-0730**

2.   All earnings and wages of the debtor, except amounts required to be withheld pursuant to provisions of law, insurance, pension, union dues, child support, or by the Order of this Court, shall be paid to the debtor in accordance with your usual procedure.   No other deduction shall be made by you.

3.   This Order supersedes any previous Order for payment in this case.

**Debtor(s) Employer:**
STRATTEC SECURITY CORPORATION
**\*\* THIS CASE HAS A PAYROLL ORDER FOR EACH DEBTOR \*\***
Attn: Payroll Department
ATTN: LORI STEDL
3333 WEST GOOD HOPE ROAD
MILWAUKEE, WI 53209-

**Debtor(s):**
CECILIA STINGLEY
7846 NORTH SHERMAN BLVD
MILWAUKEE, WI   53209-

**Debtor(s) Attorney:**
NICKOLAI & POLETTI, LLC
PO BOX 559
BURLINGTONWI 53105-


Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
Telephone (414) 271-3681
Fax (414) 271-9344


Trustee Issued Date:   October 19, 2012
#####